IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| **CHAD KNECHT, on behalf of himself and others similarly situated,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**C&W FACILITY SERVICES, INC.,** )<br>)<br>Defendant. )<br>) | Case No. 2:21-cv-11661 -LTS-MPK<br><br>Judge Leo T. Sorokin<br><br>Magistrate Judge M. Page Kelley<br><br>**JOINT STATUS REPORT** |

Plaintiff Chad Knecht and Defendant C&W Facility Services, Inc. submit this Joint Status Report as required by ECF #96.

The parties are pleased to report that they have settled in principle. The parties attended a mediation before Hunter Hughes on June 6, 2022. At the conclusion of the mediation, Mr. Hughes presented the parties with a mediator's proposal, which both parties accepted by June 7, 2022. The settlement will result in dismissal of all pending claims.

The parties are now in the process of memorializing their agreement in a settlement agreement, and preparing a motion for settlement approval. The parties expect to finalize both in the coming weeks. The parties will submit their motion promptly once all materials are finalized.

Based on the parties settlement, which they respectfully submit is a fair and reasonable compromise that should receive Court approval, the Parties do not anticipate that discovery will be necessary. Accordingly, the Parties do not request that related deadlines be set at this time.

Respectfully Submitted,

| | |
|---|---|
| /s/ Shannon M. Draher (with permission) | /s/    Hillary Massey |
| Shannon M. Draher (admitted pro hac vice) | Hillary J. Massey (669600) |
| NILGES DRAHER LLC | SEYFARTH SHAW LLP |
| 7034 Braucher St NW, Suite B | Two Seaport Lane, Suite 1200 |
| North Canton, OH 44720 | Boston, MA 02210 |
| Telephone: (330) 470-4428 | Telephone: (617) 946-4800 |
| Facsimile: (330) 754-1430 | Facsimile: (617) 946-4801 |
| Email: sdraher@ohlaborlaw.com | Email: hmassey@seyfarth.com |
| | |
| Matthew J.P. Coffman (admitted pro hac vice) | Noah A. Finkel (admitted pro hac vice) |
| COFFMAN LEGAL, LLC | Kyle A. Petersen (admitted pro hac vice) |
| 1550 Old Henderson Road, Suite 126 | Kyla J. Miller (admitted pro hac vice) |
| Columbus, OH 43220 | SEYFARTH SHAW LLP |
| Email:  mcoffman@coffmanlegal.com | 233 South Wacker Drive, Suite 8000 |
| | Chicago, IL 60606 |
| Adam J. Shafran (6704640) | Telephone: (312) 460-5000 |
| RUDOLPH FRIEDMAN LLP | Email: nfinkel@seyfarth.com |
| 92 State Street |           kpetersen@seyfarth.com |
| Boston, MA 02109 |           kmiller@seyfarth.com |
| Telephone: (617) 723-7700 | |
| Facsimile: (617) 227-0313 | *Counsel for Defendant* |
| Email:  ashafran@rflawyers.com | |

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2021, the foregoing was filed electronically with the Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Hillary Massey